

ROUTH CRABTREE OLSEN, P.S.  
3535 FACTORIA BLVD. SE, SUITE 200  
BELLEVUE, WA 98006  
TELEPHONE (425) 458-2121  
FACSIMILE (425) 458-2131  

Honorable Judge Paul B. Snyder  
Chapter 13  
Hearing Location: Tacoma  
Hearing Date: June 24, 2010  
Hearing Time: 1:00 pm  
Response Date: June 17, 2010  

IN THE UNITED STATES BANKRUPTCY COURT  
WESTERN DISTRICT OF WASHINGTON  

In re:

Alfredo Gomez-Beloz  
Selina Gomez-Beloz  

Debtors.

No.: 09-48297-PBS  

ORDER GRANTING RELIEF FROM STAY  
To U.S. Bank, N.A.  

This matter came before the Court upon U.S. Bank, N.A.'s motion for relief from stay. It appears for the reasons stated in the motion that the stay should be lifted as to enforcement of the deed of trust that is the subject of U.S. Bank, N.A.'s motion and further as to the property located at 351 Bognor Street S., Tenino, Washington 98589 ("Property") and legally described as set forth in the Deed of Trust attached as an exhibit to the motion. NOW, THEREFORE, IT IS HEREBY:

ORDERED that, pursuant to 11 U.S.C. § 362(d), the automatic stay is terminated as to U.S. Bank, N.A., its successors and assigns, so that it may pursue its state remedies to enforce its security interest in the Property and/or as to enforcement of the deed of trust that is the subject of U.S. Bank, N.A.'s motion. Creditor, its successors and assigns, may, at its option, offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement and may contact the Debtor via telephone or written correspondence to offer such an agreement, which shall be non-recourse unless included in a reaffirmation agreement.

Order Granting Relief From Stay  
Page - 1

ROUTH CRABTREE OLSEN, P.S.  
3535 FACTORIA BLVD SE, SUITE 200  
BELLEVUE, WA 98006  
TELEPHONE (425) 458-2121 • FACSIMILE (425) 458-2131

IT IS FURTHER ORDERED that the order shall be effective immediately notwithstanding the provisions of F.R.B.P 4001(a)(3) and that the order shall be effective as to any chapter under which the present case may be converted absent further order of this court.

JUN 2 2 2010

_____
U.S. Bankruptcy Judge Paul B. Snyder

Presented by:
**ROUTH CRABTREE OLSEN, P.S.**

/s/ Aaron Masser
Aaron Masser, WSBA# 32692
Attorneys for Creditor

Order Granting Relief From Stay
Page - 2

ROUTH CRABTREE OLSEN, P.S.
3535 FACTORIA BLVD SE, SUITE 200
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ♦ FACSIMILE (425) 458-2131

Case 09-48297-PBS    Doc 24    Filed 06/21/10    Entered 06/21/10 13:44:40    Page 2 of 2